No. 10–6987. HOLMES v. EAST COOPER HOSPITAL, INC., ET AL. Sup. Ct. S. C.;

No. 10–7258. BOLOMET ET UX. v. RLI INSURANCE CO. ET AL. Sup. Ct. Haw.;

No. 10–7274. WIDEMAN v. COLORADO ET AL. C. A. 10th Cir.;

No. 10–7326. MURRAY v. SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir.;

No. 10–7359. HANDLEY v. CHASE BANK USA, N. A., ET AL. C. A. 3d Cir.;

No. 10–7384. FRANCIS v. UNITED STATES ET AL. C. A. 9th Cir.; and

No. 10–7721. MCCONNEL v. UNITED STATES. C. A. 10th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until January 31, 2011, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 10–7331. GUIRLANDO v. T. C. ZIRAAT BANKASI, A. S. C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until January 31, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court. JUSTICE SOTOMAYOR took no part in the consideration or decision of this motion.

No. 10–7732. IN RE VAUGHN. Petition for writ of habeas corpus denied.

No. 10–7916. IN RE MILLS. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed. See this Court's Rule 39.8.

No. 10–294. IN RE COMER ET AL.;
No. 10–655. IN RE MELLOR;
No. 10–7054. IN RE MCPHERRON;
No. 10–7362. IN RE WILCOCK;
No. 10–7566. IN RE KENEMORE; and
No. 10–7635. IN RE SKURDAL. Petitions for writs of mandamus denied.

No. 10–547. IN RE BETTWIESER. Petition for writ of mandamus and/or prohibition denied.